UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID CAICEDO, RAJIB
CHOWDURY, and FLORIDA RISING
TOGETHER, INC.,

   *Plaintiffs,*

*v.*                                             Case No. 6:23-cv-002303

RON DESANTIS, in his official
capacity as Governor of the State of
Florida,

   *Defendant.*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan D. Newman, Nicholas J.P. Meros, and Meredith L. Pardo hereby appear as counsel for Governor Ron DeSantis, in his official capacity as Governor of the State of Florida, in the above-captioned case. Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

    Primary E-mail address:        Ryan.Newman@eog.myflorida.com

    Primary E-mail address:        Nicholas.Meros@eog.myflorida.com

    Primary E-mail address:        Meredith.Pardo@eog.myflorida.com

    Secondary E-mail address:     Gov.legal@eog.myflorida.com

Dated: December 11, 2023,   Respectfully submitted,

**RON DESANTIS**
*Governor*

/s/ *Nicholas J.P. Meros*
RYAN D. NEWMAN (Fla. Bar #1031451)
*General Counsel*
NICHOLAS J.P. MEROS (Fla. Bar #120270)
*Deputy General Counsel*
MEREDITH L. PARDO (Fla. Bar #1018871)
*Assistant General Counsel*

**EXECUTIVE OFFICE OF THE GOVERNOR**
The Capitol, PL-5
400 S. Monroe Street
Tallahassee, FL 32399
Phone: (850) 717-9310
Facsimile: (850) 488-9810
Ryan.Newman@eog.myflorida.com
Nicholas.Meros@eog.myflorida.com
Meredith.Pardo@eog.myflorida.com

*Counsel for Governor Ron DeSantis*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on December 11, 2023.

/s/ *Nicholas J.P. Meros*